## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>　　　　Defendant. | C.A. No. |

### SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Vifor (International) AG and American Regent, Inc. (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:　　No earlier than March 21, 2025

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 7,612,109 | February 5, 2026 |
| 7,754,702 | February 15, 2028 |
| 8,895,612 | January 8, 2027 |
| 11,433,091 | January 8, 2027 |
| 11,478,502 | January 8, 2027 |

Thirty Month Stay Deadline:　　No earlier than September 21, 2027

| | |
|---|---|
| Dated: May 2, 2025 | **MCCARTER & ENGLISH, LLP** |
| Of Counsel: | /s/ *Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| Jane M. Love, Ph.D.<br>Robert Trenchard<br>Brian J. Forsatz, Ph.D.<br>Allyson E. Parks<br>Michael Werno<br>Emil Nachman<br>Spencer W. Vaughan<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>212-351-4000<br>jlove@gibsondunn.com<br>rtrenchard@gibsondunn.com<br>bforsatz@gibsondunn.com<br>aparks@gibsondunn.com<br>mwerno@gibsondunn.com<br>enachman@gibsondunn.com<br>svaughan@gibsondunn.com | Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.* |