# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | C.A. No. |

## VIFOR (INTERNATIONAL) AG'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Vifor (International) AG states as follows: Vifor (International) AG is an indirect wholly-owned subsidiary of CSL Limited, an Australian company listed on the Australian Securities Exchange.

Dated: May 2, 2025

Of Counsel:

Jane M. Love, Ph.D.
Robert Trenchard
Brian J. Forsatz, Ph.D.
Allyson E. Parks
Michael Werno
Emil Nachman
Spencer W. Vaughan
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
212-351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
bforsatz@gibsondunn.com
aparks@gibsondunn.com
mwerno@gibsondunn.com
enachman@gibsondunn.com
svaughan@gibsondunn.com

**MCCARTER & ENGLISH, LLP**

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Vifor (International) AG and American Regent, Inc.*

ME1 52914320v.1