# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br>    Defendant. | C.A. No. |

## AMERICAN REGENT, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff American Regent, Inc., states as follows: American Regent, Inc. is a wholly owned subsidiary of Daiichi Sankyo, Inc.; Daiichi Sankyo, Inc. is a wholly owned subsidiary of Daiichi Sankyo U.S. Holdings, Inc.; Daiichi Sankyo U.S. Holdings, Inc. is a wholly owned subsidiary of Daiichi Sankyo Company, Limited; Daiichi Sankyo Company, Limited is a publicly owned company and no publicly held company owns 10% or more of it stock.

ME1 52915161v.1

| | |
|---|---|
| Dated: May 2, 2025 | **MCCARTER & ENGLISH, LLP** |
| Of Counsel: | /s/ *Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Jane M. Love, Ph.D. | Alexandra M. Joyce (#6423) |
| Robert Trenchard | Renaissance Centre |
| Brian J. Forsatz, Ph.D. | 405 N. King Street, 8th Floor |
| Allyson E. Parks | Wilmington, Delaware 19801 |
| Michael Werno | (302) 984-6300 |
| Emil Nachman | dsilver@mccarter.com |
| Spencer W. Vaughan | ajoyce@mccarter.com |
| **GIBSON, DUNN & CRUTCHER LLP** | |
| 200 Park Avenue | *Attorneys for Plaintiffs Vifor (International)* |
| New York, NY 10166-0193 | *AG and American Regent, Inc.* |
| 212-351-4000 | |
| jlove@gibsondunn.com | |
| rtrenchard@gibsondunn.com | |
| bforsatz@gibsondunn.com | |
| aparks@gibsondunn.com | |
| mwerno@gibsondunn.com | |
| enachman@gibsondunn.com | |
| svaughan@gibsondunn.com | |