# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | C.A. No. 25-540-CFC <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Vifor (International) AG and American Regent, Inc. ("Plaintiffs") and Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd. ("Defendant"), subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is extended to June 27, 2025.

Dated: May 13, 2025

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Maliheh Zare (#7133)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br>mzare@mccarer.com | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Andrew M. Moshos (#6685)<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>amoshos@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

12221766

SO ORDERED on this _____ day of May 2025.

_____
The Honorable Colm F. Connolly

2