# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., </br></br>Plaintiffs,</br></br>v.</br></br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)  C.A. No. 25-540-WCB</br>)</br>)  **JURY TRIAL DEMANDED**</br>)</br>)</br>)</br>)</br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jeffrey R. Gargano and A. Rebekah Hill, K&L Gates LLP, 70 West Madison Street, Suite 3300, Chicago, Illinois 60602 and Adam S. Berlin, K&L Gates LLP, 609 Main St., Suite 4150, Houston, Texas 77002 to represent Orbicular Pharmaceutical Technologies Pvt. Ltd in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
  Philip A. Rovner (#3215)
  P.O. Box 951
  Wilmington, DE 19899
  (302) 984-6000
  provner@potteranderson.com

*Attorneys for Defendant*

Dated: June 25, 2025
12289197

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

                                                                  United States District Judge

### **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025                Signed: */s/ Jeffrey R. Gargano*
                                            Jeffrey R. Gargano
                                            K&L Gates LLP
                                            70 West Madison Street, Suite 3300
                                            Chicago, Illinois 60602
                                            (312) 807-4226
                                            Jeffrey.Gargano@klgates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025                    Signed: /s/ A. Rebekah Hill
                                                                               A. Rebekah Hill
                                                                               K&L Gates LLP
                                                                               70 West Madison Street, Suite 3300
                                                                               Chicago, Illinois 60602
                                                                               (312) 807- 4293
                                                                               Rebekah.Hill@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025                     Signed: */s/ Adam S. Berlin*
                                                 Adam S. Berlin
                                                 K&L Gates LLP
                                                 609 Main St., Suite 4150
                                                 Houston, Texas 77002
                                                 (713) 815-7373
                                                 Adam.Berlin@klgates.com