IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 25-540-WCB ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jeffrey R. Gargano and A. Rebekah Hill, K&L Gates LLP, 70 West Madison Street, Suite 3300, Chicago, Illinois 60602 and Adam S. Berlin, K&L Gates LLP, 609 Main St., Suite 4150, Houston, Texas 77002 to represent Orbicular Pharmaceutical Technologies Pvt. Ltd in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
 Philip A. Rovner (#3215)
 P.O. Box 951
 Wilmington, DE 19899
 (302) 984-6000
 provner@potteranderson.com

*Attorneys for Defendant*

Dated: June 25, 2025
12289197

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 6/26/25

                                                                 */s/ William C. Bryson*
                                                                United States Circuit Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025                    Signed: */s/ Jeffrey R. Gargano*
                                                                                      Jeffrey R. Gargano
                                                                                      K&L Gates LLP
                                                                                      70 West Madison Street, Suite 3300
                                                                                      Chicago, Illinois 60602
                                                                                      (312) 807-4226
                                                                                      Jeffrey.Gargano@klgates.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025                Signed: */s/ A. Rebekah Hill*
                                                                                         A.  Rebekah Hill
                                                                                          K&L Gates LLP
                                                                                          70 West Madison Street, Suite 3300
                                                                                          Chicago, Illinois 60602
                                                                                          (312) 807- 4293
                                                                                          Rebekah.Hill@klgates.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: June 25, 2025  Signed: */s/ Adam S. Berlin*
   Adam S. Berlin
   K&L Gates LLP
   609 Main St., Suite 4150
   Houston, Texas 77002
   (713) 815-7373
   Adam.Berlin@klgates.com