# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 25-540-WCB ) ) |
| ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., | ) ) ) ) |
| Defendant. | ) |

## ORBICULAR PHARMACEUTICAL TECHNOLOGY PVT. LTD.'S
## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Orbicular Pharmaceutical Technology Pvt. Ltd. ("Orbicular") makes the following disclosure: Orbicular hereby states that Orbicular Pharmaceutical Technologies is a Private Limited company incorporated under laws of India, and no publicly-held corporation holds 10% or more of its stock.

OF COUNSEL

Jeffrey R. Gargano
A. Rebekah Hill
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121
Adam S. Berlin
K&L GATES LLP
609 Main St., Suite 4150
Houston, TX 77002
(713) 815-7373

Dated: June 26, 2025
12331066

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant*