# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD, <br><br> Defendant. | C.A. No. 25-540-WCB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Vifor (International) AG and American Regent, Inc. ("Plaintiffs") and Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd. ("Defendant"), subject to the approval of the Court, that:

(1) The deadline for Plaintiffs to respond to Defendant's Motion to Transfer Case to United States District Court for the District of New Jersey (D.I. 14, 15) shall be extended to July 24, 2025;

(2) The deadline for Plaintiffs to answer, move, or otherwise respond to Defendant's counterclaims (D.I. 17) shall be extended to August 1, 2025.

ME1\53747520.v1

Dated: July 10, 2025

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Flr.
Wilmington, DE 19801
(302) 984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Andrew M. Moshos (#6685)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Defendant*

IT IS SO ORDERED, this ___ day of ____________________, 2025.

______________________________
United States District Judge