# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC.,<br><br>           Plaintiffs,<br><br>      v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD,<br><br>           Defendant. | C.A. No. 25-540-WCB |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiffs Vifor (International) AG and American Regent, Inc. ("Plaintiffs") and Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd. ("Defendant"), subject to the approval of the Court, that:

(1)   The deadline for Plaintiffs to respond to Defendant's Motion to Transfer Case to United States District Court for the District of New Jersey (D.I. 14, 15) shall be extended to July 24, 2025;

(2)   The deadline for Plaintiffs to answer, move, or otherwise respond to Defendant's counterclaims (D.I. 17) shall be extended to August 1, 2025.

ME1\53747520.v1

Dated: July 10, 2025

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Renaissance Centre | Hercules Plaza |
| 405 N. King St., 8th Flr. | P.O. Box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 984-6331 | (302) 984-6000 |
| dsilver@mccarter.com | provner@potteranderson.com |
| ajoyce@mccarter.com | amoshos@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED, this 10th day of July, 2025.

_____
United States Circuit Judge

2

ME1\53747520.v1