## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | C.A. No. 25-540-WCB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jane M. Love, Robert W. Trenchard, and Michael Werno of Gibson, Dunn & Crutcher LLP to represent Plaintiffs in this matter.

Dated: July 14, 2025

Of Counsel:

Jane M. Love, Ph.D.
Robert Trenchard
Brian J. Forsatz, Ph.D.
Allyson E. Parks
Michael Werno
Emil Nachman
Spencer W. Vaughan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
212-351-4000
jlove@gibsondunn.com
rtrenchard@gibsondunn.com
bforsatz@gibsondunn.com
aparks@gibsondunn.com
mwerno@gibsondunn.com
enachman@gibsondunn.com
svaughan@gibsondunn.com

**MCCARTER & ENGLISH, LLP**

/s/ *Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Vifor (International) AG*
*and American Regent, Inc.*

ME1\54005402.v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: July 14, 2025

_____
**United States Circuit Judge**