## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 25-540-WCB |
| ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., | |
| Defendant. | |

## DECLARATION OF ALEXANDRA M. JOYCE, ESQ. IN SUPPORT OF PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE

I, Alexandra M. Joyce, declare as follows:

1.     I am a partner at the law firm of McCarter & English, LLP and counsel of record for Plaintiffs Vifor (International) AG and American Regent, Inc. (collectively, "Plaintiffs") in the above-captioned action. I am a member in good standing of the State Bar of Delaware. The facts set forth herein are true and correct, and based on my own personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

2.     Attached as **Exhibit 1** is a true and correct copy of the Complaint for Patent Infringement filed in *Vifor (Int'l) AG v. Apotex Inc.*, Civ. No. 25-cv-00211-WCB (D. Del. Feb. 20, 2025).

3.      Attached as **Exhibit 2** is a true and correct copy of the Complaint for Patent Infringement filed in *Vifor (Int'l) AG v. Dr. Reddy's Lab'ys, Ltd.*, Civ. No. 3:24-6833-GC-JBD (D.N.J. June 7, 2024).

4.      Attached as **Exhibit 3** is a true and correct copy of the Complaint for Patent Infringement filed in *American Regent, Inc. v. MSN Lab'ys Priv. Ltd.*, Civ. No. 3:24-10674 (D.N.J. Nov. 22, 2024).

5.      Attached as **Exhibit 4** is a true and correct copy of the Complaint for Patent Infringement filed in *Vifor (Int'l) AG v. MSN Lab'ys Priv. Ltd.,* Civ. No. 3:25-03286 (D.N.J. Apr. 25, 2025).

6.      Attached as **Exhibit 5** is a true and correct copy of the Complaint for Patent Infringement filed in *Vifor (Int'l) AG v. Mylan Lab'ys Ltd.*, Civ. No. 3:19-13955-FLW-DEA (D.N.J.).

7.      Attached as **Exhibit 6** is a true and correct copy of the Amended Complaint for Patent Infringement against Sandoz Inc. filed in *Vifor (Int'l) AG v. Sandoz Inc.*, Civ. No. 3:19-13955-FLW-DEA (D.N.J.).

8.      Attached as **Exhibit 7** is a true and correct copy of the Pretrial Scheduling Order filed in *American Regent, Inc. v. MSN Lab'ys Priv. Ltd.*, Civ. No. 3:24-10674-GC-JBD, D.I. 37 (D.N.J. Mar. 3, 2025).

9.      Attached as **Exhibit 8** is a true and correct copy of the table of the U.S. District Courts–Combined Civil and Criminal Federal Court Management Statistics

(March 31, 2025), available online in PDF format at https://www.uscourts.gov/data-news/data-tables/2025/03/31/federal-court-management-statistics/n-a-3 (last visited July 24, 2025).

10.     Attached as **Exhibit 9** is a true and correct copy of the Stipulation and Order of Dismissal filed in *Vifor (Int'l) AG v. Dr. Reddy's Lab'ys, Ltd.*, Civ. No. 3:24-6833-GC-JBD, D.I. 89 (D.N.J. July 16, 2025).

11.     Attached as **Exhibit 10** is a true and correct copy of the Stipulation and Order of Dismissal as to Mylan Laboratories Ltd. filed in *Vifor (Int'l) AG v. Mylan Lab'ys Ltd. and Sandoz Inc.*, Civ. No. 3:19-13955-FLW-DEA, D.I. 246 (D.N.J. Dec. 15, 2021).

12.     Attached as **Exhibit 11** is a true and correct copy of the Stipulation and Order of Dismissal as to Sandoz Inc. filed in *Vifor (Int'l) AG v. Mylan Lab'ys Ltd. and Sandoz Inc.*, Civ. No. 3:19-13955-FLW-DEA, D.I. 248 (D.N.J. Dec. 21, 2021).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2025.

*/s/ Alexandra M. Joyce*
Alexandra M. Joyce (#6423)