

Daniel M. Silver
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-984-6399

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King St.
8th Fl
Wilmington, DE 19801

www.mccarter.com

September 8, 2025

**<u>VIA CM/ECF</u>**

The Honorable William C. Bryson
United States Court of Appeals
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439-0000

**Re:**    ***Vifor (Int'l) AG, et al. v. Orbicular Pharm. Techs. Pvt. Ltd.,***
      **<u>Case No. 25-00540-WCB (D. Del.)</u>**

Dear Judge Bryson:

As Your Honor is aware, Plaintiffs recently filed a motion for reconsideration of Your Order to transfer the above-captioned case to the District of New Jersey. *See Vifor (Int'l) AG, et al. v. Orbicular Pharm. Techs. Pvt. Ltd.,* Case No. 25-00540 (D. Del.), D.I. 30, 32.

We write to inform Your Honor that we also have filed a letter to Judge Day in the District of New Jersey to inform Judge Day of the above-mentioned motion. *Vifor (Int'l) AG, et al. v. Orbicular Pharm. Techs. Pvt. Ltd.*, Case No. 25-cv-15336.

Should Your Honor have any questions, please let us know.


Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)